| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | LeadPoint, Inc. | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  SecureRights | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 90-0185309 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **6303 Owensmouth Avenue, 10th Floor Woodland Hills, CA 91367** <br> Number, Street, City, State & ZIP Code <br><br> **Los Angeles** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | Leadpoint.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor  **LeadPoint, Inc.**                                                                        Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5415**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **LeadPoint, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?　_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201　　　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　　　page 3

Debtor  **LeadPoint, Inc.**  Case number (*if known*)
Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **LeadPoint, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 31, 2025**
MM / DD / YYYY

X  /s/ Marc Diana

Signature of authorized representative of debtor

**Marc Diana**
Printed name

Title  **CEO**

**18. Signature of attorney**

X  /s/ Ron Bender

Signature of attorney for debtor

Date  **January 31, 2025**
MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**     Email address  **rb@lnbyg.com**

**143364 CA**
Bar number and State

# UNANIMOUS RESOLUTIONS OF THE BOARD OF DIRECTORS OF LEADPOINT, INC. AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY CASE AND RELATED MATTERS

The following resolutions (the "**Resolutions**") were unanimously and duly enacted by the Board of Directors (the "**Board**") of LeadPoint, Inc., a Delaware corporation (the "**Company**"), and the same shall remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

**RESOLVED**, that the Board, after having considered the outstanding liabilities and assets of the Company, the Company's inability to meet its debts as they become due, the Company's fiduciary duties to its creditors and alternatives currently available to the Company, have determined that it is advisable and in the interests of the Company and its creditors to file a bankruptcy petition under Subchapter V of Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER**, that Marc Diana or such other person duly appointed by the Board (the "**Responsible Party**") is hereby authorized to execute and cause to be filed, on January 31, 2025 or such other date determined by the Responsible Party to be in the best interests of the Company, its creditors, and other parties in interest, after consultation with the Company's counsel, a bankruptcy petition (and all related documents and papers) under Subchapter V of Chapter 11 of the Bankruptcy Code to enable the Company to commence a Subchapter V Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed, in the name of the Company, to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel to the Company for purposes of filing the Subchapter V Chapter 11 bankruptcy petition and representing the Company in the Subchapter V Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized to employ, in the name of the Company, any other professionals to represent or assist the Company in connection with the Subchapter V Chapter 11 bankruptcy case that the Responsible Party deems to be in the best interests of the Company;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Party deems necessary and proper in connection with the bankruptcy case;

**RESOLVED FURTHER**, that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the bankruptcy case shall include, but not be limited to, seeking Bankruptcy Court approval for the Company to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing;

compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization; and

**RESOLVED FURTHER**, that all prior acts and deeds of the Responsible Party, the members of the Board of the Company, and officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

Dated: January 30, 2025

| DocuSigned by:<br>*Marc Diana*<br>9985105640454C5...<br>Marc Diana,<br>Member of the Board | Signed by:<br>*Dean Crystal*<br>6BF65BA0CDE9491...<br>Dean Crystal,<br>Member of the Board |
|---|---|
| Signed by:<br>*Pablo Oropin*<br>C6AFBAA2CDF24AA...<br>Pablo Oropin,<br>Member of the Board | |

2

**Fill in this information to identify the case:**

Debtor name: **LeadPoint, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 31, 2025**    X  /s/ Marc Diana
                                          Signature of individual signing on behalf of debtor

**Marc Diana**
Printed name

**CEO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **LeadPoint, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mississippi Creative Offices LLC Attn: Leon Neman, Manager 1525 S. Broadway Street, 4th Fl Los Angeles, CA 90015 | Assi Mafhouz Assi@legendrem.com 310.628.5115 | Settlement Agreement in connection with termination of lease of real property. | | | | $467,058.00 |
| Impact Radius 223 E. De La Guerra St. Santa Barbara, CA 93101 | | Lead Trader | | | | $126,970.00 |
| CPH Company, Inc. 4013 Via Pima Palos Verdes Estates, CA 90274 | David Tobias dvtobias@gmail.com 310.245.4409 | Lead Trader | | | | $103,800.00 |
| Lisa Ragsdale, Carl Yockman, et al. c/o Adrian R. Bacon (Counsel) 21031 Ventura Blvd, Ste. 340 Woodland Hills, CA 91364 | | Class Action in Ragsdale et al. v. LeadPoint, Inc. (USDC C.D. Cal. - Case No. 2:24-cv-04542-MCS-SK) | Contingent Unliquidated Disputed | | | $0.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234 Fax: (310) 229-1244<br>California State Bar Number: **143364 CA**<br>rb@lnbyg.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

| In re:<br><br>**LeadPoint, Inc.**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **January 31, 2025**

_(DocuSigned signature)_
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **January 31, 2025**

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                          F 1007-1.MAILING.LIST.VERIFICATION

.

LeadPoint, Inc.
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


Breakwater Ventures Inc.
PO Box 1659
Davidson, NC 28036


CPH Company, Inc.
4013 Via Pima
Palos Verdes Estates, CA 90274


Harmony Leads Inc.
702 W Drake Rd Bldg F Suite A
Fort Collins, CO 80526


Impact Radius
223 E. De La Guerra St.
Santa Barbara, CA 93101


KIMMEL & SILVERMAN, P.C.
Jacob U. Ginsburg
30 East Butler Ave.
Ambler, PA 19002

Kras Tech, Inc.
Diagonal 6 12-42 z10, Design Center
Torre II Ofi 406, Guatemala
Guatemala 01010


Lisa Ragsdale, Carl Yockman, et al.
c/o Adrian R. Bacon  Counsel
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364


MAMTA Holdings, LLC
Laurie Maria, Director of Finance
3270 West Big Beaver Rd. Suite 120
Troy, MI 48084


Mississippi Creative Offices LLC
Attn: Leon Neman, Manager
1525 S. Broadway Street, 4th Fl
Los Angeles, CA 90015


Nico Tabibi, Esq.
Law Offices of Nico Tabibi, APC
9454 Wilshire Boulevard, PH
Beverly Hills, CA 90212


PARDELL, KRUZYK & GIRIBALDO, PLLC
Alex D. Kruzyk
7500 Rialto Blvd. Suite 1-250
Austin, TX 78735


Regus
6303 Owensmouth Avenue
Woodland Hills, CA 91367


Regus
Attn: Officer, Director, Manager
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367